An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

PRIDE CONTRACTORS, LLC, A
NEVADA LIMITED LIABILITY
COMPANY,
Appellant,
vs.
BARCELONA MOTORCOACH, LLC, A
NEVADA LIMITED LIABILITY
COMPANY; BARCELONA PARTNERS,
LLC, A NEVADA LIMITED LIABILITY
COMPANY; KENNEDY PROPERTIES
DEVELOPMENT, LLC, A NEVADA
LIMITED LIABILITY COMPANY;
BARCELONA MANAGEMENT, LLC, A
DELAWARE LIMITED LIABILITY
COMPANY; AND PETER DEMANGUS,
AN INDIVIDUAL,
Respondents.

No. 61372

FILED

FEB 21 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

ORDER DISMISSING APPEAL

On February 12, 2013, the parties filed a stipulation to dismiss this appeal with the parties to bear their own costs and attorney fees. Having considered the stipulation, we approve it, and this appeal is hereby dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _Tracie K. Lindeman_

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

13-05437

cc:   Hon. Joanna Kishner, District Judge
Law Office of Ladine Oravetz
Barcelona Management, LLC
Barcelona Motorcoach, LLC
Barcelona Partners, LLC
Kennedy Properties Development, LLC
Eglet Wall
Law Office of Richard McKnight, P.C.
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947